In the Matter of SOUL SCENE, INC., Petitioner, v. STATE LIQUOR AUTHORITY et al., Respondents.—

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.